FILED 9/16/04

2004 AUG 16 P 1:35

DISTRICT COURT
DISTRICT OF MASS

Nicole L Barker
Nicole Tirri          8A Colonial Terrace
                      Salem, Mass 01970

Salem, Mass
Essex County Commonwealth      Essex County
of Massachusetts 01970         Commonwealth, MA
                                        01970

## Complaint

320. Assault, Libel & Slander

this court has jurisdiction over this matter
pursuant to 28 U.S.C. section 1332.

On June 17th 2004 civil Action Lawsuit was
put in Superior Court, Salem, Mass.
wages where accounted. Judge approved the
Lawsuit, ~~Action Settlement~~ Administration
cancelled it.

Wherefore, the Plaintiff demands judgement against
the defendants for damages and such other relief
as this Court deems just.

                              Nicole L. Barker
                              8A ~~Cent~~ Colonial Terr.
                              Salem, MA 01970

| CIVIL ACTION COVER SHEET | | Trial Court of Massachusetts Superior Court Department County:_____ |
|---|---|---|

| PLAINTIFF(S) - NICOLE L. BARKER | DEFENDANT(S) City of Salem, MA |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
| Board of Bar Overseers number: | |

## Origin code and track designation

Place an x in one box only:
- [ ] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [✓] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B15 | Defamation (Libel-Slander) | (A) | (✓) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:
1.    Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
2.    Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
3.    Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
4.    Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
5.    Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .

Subtotal $ 75,809

B.  Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 75,809
C.  Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
D.  Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
E.  Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
F.  Other documented items of damages (describe)

$. . . . . . . . . . .

G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)

FRANKLIN C. JONES JV Judge, Rochester, N.H / HAVEN'T BEEN WITH MY SON Joshua D. WESTON SINCE Oct. 17, 2002    TOTAL $ 75,809

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ 75,809

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Nicole Barker_    DATE: MAY 26 2004

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

# COMMONWEALTH OF MASSACHUSETTS

~~ESSEX~~, ss                           ~~ESSEX~~ SUPERIOR COURT
                                         CIVIL ACTION NO.

Nicole L. Barker

Nicole Tirri

_____**Plaintiff**


Vs.  City of Salem, MA **Defendant**


# COMPLAINT

---

Section 9.
Clause 2.    The Privilege of the Writ of Habeas Corpus shall not
             be suspended, unless when in cases of Rebellion or
             Invasion the public Safety may require it.

Section 8
Clause 10    To define and punished Piracies and Felonies
             committed on the high Seas,and Offences against the
             Law of Nations.

*Micheal Nicholas Connors, born Marblehead Ma. 11-21-67, under the name of Bil L.
   Barker 5-8-64, Los Vegas, Nevada
*Family of the late Donald Mackenzie Stacey; Marblehead Ma.
   Lorraine Claire Riel,Stacey,Mckay,Barker,Haritos's daughter,and family
   Napolean J. Gagnon
   John Driscoll and family (alias) Laurence Stanley Smith 2-5-61,son
   Gregory Jamieson and family, Salem Ma.
   Franklin C. Jones (alias) Cuban Herion Smuggler, wanted in Country Italy
   William Barker nickname Tookie
   James Canty

   James J. O'Malley III Esq.
   John O'Brien,court clinic,Probate Court
   Kenneth E. Lindauer Esq.
   Robert Ross Esq. DCYF, Rochester,N.H.
   Kimberly Duerr Shoen Esq. Somerworth,N.H.
   Robert Duer Esq.
   Peter R. Brunette Esq. Laconia N.H..
   Craig Stenile Dover, N.H.
   Michael Hennessey Guardian of Liem Rochester N.H..
   Heather Boyajian DSYF, Rochester,N.H.
   Joan M.Gross Guardian of Liem, Dover,N.H



   Walter Pratt
   Nancey Pratt
   Dante Descaer
   Joyce William,Weston,Tirri
   John Weston,son
   John Bernard
   Anthony Tirri Jr.


Pains and Penalties of Perjury

x Nicale Tirri        May 19, 2004

c/o James Hanley
8A Colonial Terrace
SALEM, MA 01970

978-745-6260

978-317-5640

Rochester N.H.
next court date is
June 4th
Joshua Weston



~~I spoke to an investigator, I reported last week~~ concerning discrimination complaint put in Salem District Court. He needed more detail. I wanted to mention that someone wrote to the Mayor of the City of Salem and a copy of it was faxed to District Attorney Blodgett in Superior Court.

In the fall of 1966 they took a plane, hunter to Venice Italy. These four men went inside the home of the Tirri's . The girl ran outside of her home to hide in a dark place to hide herself with her gold blanket to look like chair. They took her, her birth certificate that was hidden in a book on submarines, albums, deed to her home that was rebuilt on ~~265~~ **373** Cause Parkway in Marblehead Ma. *Ocean Ave*

They changed her name in 1967 to Nicole Lyn Barker, March 21,1965, Salem Ma. We noticed that there was no physicians name on it. We checked Salem Hospitals records for her, nothing was found.

*Joined the Armed Forces in 1982,*
This women has two children, her occupation is medical. They have been complaints put in from her stating, stalking, assault, etc. into District Court of Salem, Ma. They didn't help her at that time. They have witnesses to other times where she could have been seriously harmed with her two children. This woman Nicole can identify those people. She also has representation in the state of Massachusetts.

Very Concerned Pedestrian

*Nicole Tirri*
*3-21-58*
*Veneto Venice Italy*